UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LEO J. SCHWARTZ, III,**

**Plaintiff,**

**v.**                                                                 No. CIV-08-00228 MCA/WDS

**CITY OF SOCORRO, ROCKY FERNANDEZ,
ANGEL GARCIA, JOEL HALEY, LAWRENCE
MONTANO, MIKE WINDERS, MARTIN
BENAVIDEZ, JOHN ARMIJO, REBECCA
GONZALES and JOHN DOE,**

**Defendants.**

**ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL**

THIS MATTER comes before the court on Plaintiff's Motion For the Appointment of Counsel. (Doc. #76)  28 U.S.C. §1915(e)(1) provides that the court may request an attorney to represent any person unable to afford counsel.  The Court has broad discretion to appoint counsel for indigents under 28 U.S.C. § 1915(e), and its denial of counsel will not be overturned unless it would result in fundamental unfairness impinging on due process rights. *Long v. Shillinger*, 927 F.2d 525, 527 (10th Cir. 1991).  In determining whether to appoint counsel, the district court should consider a variety of factors, including the merits of the litigant's claims, the nature of the factual issues raised in the claims, the litigant's ability to present his claims, and the complexity of the legal issues raised by the claims.  *Id*.

The Court has considered the factors noted above, and sees no basis for the appointment of counsel. Accordingly, the Court orders Plaintiff's  Motion For Appointment of Counsel (Doc. #76)

denied.

**IT IS SO ORDERED.**

_____
**W. DANIEL SCHNEIDER**
**United States Magistrate Judge**