IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEO J. SCHWARTZ, III,

Plaintiff,

vs.                                              No. 1:08-CV-00228-MCA-WDS

CITY OF SOCORRO, ROCKY
FERNANDEZ, ANGEL GARCIA,
JOEL HALEY, MARTIN
BENAVIDEZ, LAWRENCE
MONTANO, LAWRENCE ROMERO,
REBEKAH GONZALES, JOHN
ARMIJO and MIKE WINDERS,

Defendants.

## ORDER SETTING STATUS CONFERENCE

This matter comes before the Court *sua sponte*. A telephonic status conference will be held on **MONDAY, FEBRUARY 11, 2013, AT 9:40 A.M.** Only counsel are required to appear, and they should do so by calling 505-348-2370. The subject of the conference is the status of discovery in this matter.

**IT IS SO ORDERED**.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE