IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEO J. SCHWARTZ, III,

Plaintiff,

vs.                       No. 1:08-CV-00228-MCA-WDS

CITY OF SOCORRO, ROCKY
FERNANDEZ, et al.,

Defendants.

### MINUTE ORDER RESETTING CERTAIN PRETRIAL DEADLINES

This matter is before the Court on a Telephonic Status Conference. The Court, having consulted with the parties, hereby sets the following pretrial deadlines:

a. **April 30, 2012** is the termination date for all discovery by all parties;

b. **May 30, 2013** is the deadline for the filing of all motions relating to discovery;

c. **June 14, 2013** is the deadline for the filing of all pretrial motions, including Daubert motions;

d. **July 31, 2013** is the deadline for Plaintiff to serve his portion of the Pretrial Order on Defendants; and

e. **August 9, 2013** is the deadline for Defendants to file the Consolidated Pretrial Order with the Court.

IT IS SO ORDERED.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE